## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10082 |
| | ) | |
| FREDERICK CELANI, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO RECALL WARRANT FOR ARREST

The United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, hereby moves to recall the arrest warrant for the following reason:

The defendant is being sentenced in the Southern District of New York. There is no reason for the defendant to be returned to the Central District of Illinois.

WHEREFORE, the government moves to recall the arrest warrant issued December 17, 2004.

Respectfully submitted,

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY


s:/Bradley W. Murphy
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


s/: Stephanie Lunsford
Legal Administrative Specialist